UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-01730-ODW(PLAx) | Date | January 12, 2012 |
|---|---|---|---|
| Title | Andrea Jennings et al v. Initiative Media Worldwide, Inc. et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sheila English | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**     ( In Chambers):     Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [26] filed November 17, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday,** January 30, 2012 at 1:30 p.m.

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | se |